IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JEFF HOLT and wife, MELISSA HOLT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-cv-00097 |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COMPROMISE AND DISMISSAL

Upon agreement of the parties and for good cause shown that a settlement agreement has been reached requiring dismissal of this action with full prejudice as to refiling, it is hereby

ORDERED, ADJUDGED and DECREED that this matter shall be dismissed with full prejudice as to refiling against the Defendant.

ENTER this 27 day of September, 2016.

_____
The Honorable Magistrate Judge H. Bruce Guyton

**APPROVED FOR ENTRY:**

**PAINE | BICKERS, LLP**

/s/ Matthew J. Evans
Matthew J. Evans (BPR #017973)
Lindsey M. Collins (BPR #033426)
2200 Riverview Tower
900 South Gay Street
Knoxville, TN 37902
(865) 525-0880

- 1 -

**TARPY, COX, FLEISHMAN & LEVEILLE, PLLC**

/s/ Thomas M. Leveille
Thomas M. Leveille (BPR #014395)
1111 N. Northshore Drive, Suite N-290
Knoxville, TN 37919
(865) 588-1096